# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN RE:

    MONICA R. SCHEETZ
    MARK A. SCHEETZ                    Bankruptcy No. <u>15-14153-elf</u>

           Debtors                          Chapter 13

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL
## RETAINING JURISDICTION AND SETTING DEADLINE FOR
## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, consideration of the Motion to dismiss case filed by William C. Miller, Standing Chapter 13 Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This Chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the debtor shall file a master mailing list with the clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. 349(b)(3), the undistributed chapter 13 plan payments in the possession of the trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. 349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within 20 days of the entry of this Order.

6. Counsel for Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of entry of this Order. Counsel shall file a Certification of Service confirming that such service has been completed within (15) fifteen days of entry of this order.

Date: _____                        _____
                                                                      Honorable Eric L Frank
                                                                       Chief U.S. Bankruptcy Judge