United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 15-14153-elf
Monica R. Scheetz                                            Chapter 13
Mark A. Scheetz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP          Page 1 of 2          Date Rcvd: Aug 10, 2016
                             Form ID: pdf900       Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2016.
```
db/jdb      +Monica R. Scheetz,    Mark A. Scheetz,    25 W. Branch Road,    Sellersville, PA 18960-3011
cr          +First Commonwealth Federal Credit Union,    P. O. Box 20450,    Lehigh Valley, PA 18002-0450
13545088    +CNH Industrial Capital America,    Po Box 3600,    Lancaster, PA 17604-3600
13545085     Capital One,    P O Box 71083,    Charlotte, NC  28272-1083
13545084     Capital One,    P O Box 30253,    Salt Lake City, UT  84130-0253
13566579     Capital One Bank (USA), N.A.,    Po Box 71083,    Charlotte, NC  28272-1083
13545086    +Chase/Bank One Card Serv,    P.O. Box 15298,    Wilmington, DE 19850-5298
13545087    +Citizens Bank,    1 Citizens Dr.,    Riverside, RI 02915-3000
13545089    +Comenity Bank/Lnbryant,    Po Box 182789,    Columbus, OH 43218-2789
13545092    +Dovenmuehle Mortgage,    1 Corporate Dr., Suite 360,    Lake Zurich, IL 60047-8945
13545093    +Farm Bureau Bank,    125 S. West St.,    Wilmington, DE 19801-5014
13545094    +First Commenwealth FCU,    PO Box 20450,    Lehigh Valley, PA 18002-0450
13545095    +Hsbc Bank,    Po Box 9,    Buffalo, NY 14240-0009
13545096     Kevin Styer,    25 W. Branch Street,    Sellersville, PA  18960
13770344     Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13545098     Megan Barndt,    25 W. Branch Street,    Sellersville, PA  18960
13576601    +Midland Credit Management, Inc as agent for,    Midland Funding LLC,    PO Box 2011,
             Warren, MI 48090-2011
13545099     Midlantic Farm Credit,    45 Wing Short,    Westminster, MD  21157
13545100     Samantha Styer,    25 W. Branch Street,    Sellersville, PA  18960-0000
13545101    +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13545103    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank Rms Cc,    205 W 4th St,    Cincinnati, OH  45202)


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Aug 11 2016 01:25:29     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2016 01:25:07
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 11 2016 01:25:14     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13545090    +E-mail/Text: creditonebknotifications@resurgent.com Aug 11 2016 01:24:48     Credit One Bank,
             P.O. Box 98872,    Las Vegas, NV 89193-8872
13545091    +E-mail/Text: mrdiscen@discover.com Aug 11 2016 01:24:48     Discover Fincl Svs Llc,
             P.O. Box 15316,    Wilmington, DE 19850-5316
13545097     E-mail/Text: camanagement@mtb.com Aug 11 2016 01:24:52     M&T Bank,    Po Box 900,
             Millsboro, DE  19966
13558143     E-mail/Text: camanagement@mtb.com Aug 11 2016 01:24:52     M&T BANK,    PO BOX 1288,
             Buffalo, NY 14240
13622699     E-mail/Text: bkr@cardworks.com Aug 11 2016 01:24:47     MERRICK BANK,
             Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13571210     E-mail/Text: bnc-quantum@quantum3group.com Aug 11 2016 01:24:53
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13545102    +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2016 01:31:14     Syncb/Qvc,    Po Box 965005,
             Orlando, FL 32896-5005
                                                                                       TOTAL: 10


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
13545104    ##+Wells Fargo,    4143 121st St,    Urbandale, IA 50323-2310
                                                                      TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: PaulP            Page 2 of 2           Date Rcvd: Aug 10, 2016
                              Form ID: pdf900        Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2016 at the address(es) listed below:
          JOSHUA A. GILDEA    on behalf of Creditor    First Commonwealth Federal Credit Union
          jgildea@flblaw.com,  ccharlton@flblaw.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Monica R. Scheetz rleite@rlmfirm.com,
          Bankruptcyhelp101@gmail.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of Joint Debtor Mark A. Scheetz rleite@rlmfirm.com,
          Bankruptcyhelp101@gmail.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of Plaintiff Monica R. Scheetz rleite@rlmfirm.com,
          Bankruptcyhelp101@gmail.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of Plaintiff Mark A. Scheetz rleite@rlmfirm.com,
          Bankruptcyhelp101@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 8
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **Chapter 13** |
| **MONICA R. SCHEETZ &** | : | |
| **MARK A. SCHEETZ** | : | |
| Debtor(s) | : | Bky. No.   15-14153 ELF |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
### APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.  This chapter 13 bankruptcy case is **DISMISSED**.

2.  Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.  Any wage orders previously entered are **VACATED**.

4.  Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.  All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6.  **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  8-9-16

ERIC L. FRANK
**CHIEF U.S. BANKRUPTCY JUDGE**